## Melchoir Weidimor *against* John Drissel.
## Jacob Stover *against* same.
## Anthony Lear *against* same.

Justices of the peace have jurisdiction, when damages occasioned by the biting of a dog have been ascertained by reference.

CERTIORARI to John Barclay, esq. of Bucks county. The facts were admitted to be these in all the causes:—Defendant kept a dog which used to bite sheep, and actually killed sheep of each of the plaintiffs. On complaint justice Barclay issued his summons, but being informed that he had no jurisdiction, discontinued the suits, and recommended a reference to arbitrators. This was agreed to, and the arbitrators awarded to each of the plaintiffs certain sums of money. The defendant refusing to comply with the awards, the justice sued him, and gave judgments for the plaintiffs.

*Per Cur.* The justice had jurisdiction when the damages were ascertained by reference. Previous thereto he had not jurisdiction, the word "demands," having always been restrained to such as arose *ex contractu* and not *ex delicto*. So, if one *indebted for rent gives a note for the amount, it may be well sued before a justice. Let the judgment be confirmed.

*[\*78]*

Mr. Wilcocks, *pro quer.*

Messrs. Sergeant and Rawle, *pro def.*